IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JOHN MWANGI,

   Defendant.

CRIMINAL FILE NO.
1:09-CR-107-TWT

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 84] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 77]. The failure of the Defendant's attorney to advise him that he could file a § 2255 motion after he had waived the right to file such a motion in his plea agreement is not grounds for tolling the one year period of limitations. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 77] is DENIED.

SO ORDERED, this 8 day of March, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge